IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHERYL FLING

v.   NO. 11-CV-6398

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE PRATTER, J.

    AND NOW, to wit, this 15TH day of February, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
    It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_Richard Sabol_
Richard Sabol, Deputy Clerk

judg